# David I. Schoen
Attorney at Law

Admitted in
Alabama
Maryland
New York
District of Columbia

2800 Zelda Road
Suite 100-6
Montgomery, AL 36106

Telephone
334.395.6611

Facsimile
917.591.7586

Email
david@schoenlawfirm.com

July 22, 2016

Honorable George L. Russell, III
United States District Judge
United States District Court
 For the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201          *  Via ECF  *

Re: *Dorsey v. Lamone et al.*; Civil Action No. GLR-15-2170

Dear Judge Russell:

    A week ago, on July 15, 2016, I wrote to Your Honor on behalf of all parties to advise that the parties had agreed in principle to a resolution of the case and that we therefore did not believe there was any need to set a schedule for cross motions for summary judgment. We asked for a week to work out the exact terms for implementing the resolution we believed we had arrived at and undertook to advise the Court by today of the exact terms of the settlement and the agreed upon implementation.

    Unfortunately, we have not succeeded in fulfilling that undertaking, at least not by today, and perhaps not at all. The parties have agreed to take until next Tuesday, July 26, 2016, to determine whether we will able to settle the case. If not, we would then arrive at a schedule for the cross summary judgment motions and would present that proposed schedule to the Court for the Court's consideration.

    I apologize to the Court for not being able to deliver what I represented to the Court last week I thought we would be able to submit to the Court today. We will come to a conclusion one way or the other by Tuesday and then report to the Court either that the case has been resolved and provide the Court with the terms of the settlement or we will provide the Court with an agreed upon proposed schedule for cross summary judgment motions for Your Honor's consideration. We thank the Court for its indulgence.

Respectfully,

David Schoen

cc: All Counsel of Record (via ECF)